UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
PHIL & KATHY'S, INC.,                          :
                                               :
        Plaintiff,                         :
                                               :   **MEMORANDUM & OPINION**
                                               :
        v.                                 :   06 CV 4916 (LBS)
                                               :
                                               :
SAFRA NATIONAL BANK OF                         :
NEW YORK,                                      :
                                               :
        Defendant.                         :
-----------------------------------------------------------x


Appearances

*Plaintiff*
Lewis Donald Prutzman, Jr.
Tannenbaum Helpern Syracuse & Hirschtritt LLP
900 Third Avenue
New York, NY 10022

Thomas J. Verticchio
Patzik Frank & Samotny, LTD.
150 South Wacker Drive
Suite 900
Chicago, IL 60606

*Defendant*
Barry R. Fischer
Fischer & Mandell LLP
646 Fifth Avenue 15th Floor
New York, NY 10036

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PHIL & KATHY'S, INC.,                                        :
                                                             :
                         Plaintiff,                          :
                                                             :     **MEMORANDUM AND ORDER**
                                                             :
           v.                                                :     06 CV 4916 (LBS)
                                                             :
                                                             :
SAFRA NATIONAL BANK OF                                       :
NEW YORK,                                                    :
                                                             :
                         Defendant.                          :
------------------------------------------------------------x

On November 21, 2006, plaintiff, Phil & Kathy's, Inc., moved the Court to amend its opinion of November 6, 2006. Specifically, plaintiff requests that the Court's statement on page 7 that "Plaintiff paid out $1,500,000 more than it wanted to when it both amended its initial payment order with Harris Bank and issued a second $1,500,000 payment order…" be amended. The Court amends the statement to read as follows: "Plaintiff paid out $1,500,000 more than it wanted to when its initial payment order was amended by the Harris Bank and plaintiff issued a second $1,500,000 payment order…"

SO ORDERED.

Dated:    New York, New York

          November 27, 2006

                                            /s/ Leonard B. Sand
                                            _____
                                                   U.S.D.J.